UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 13-CR-20930-UNGARO

**UNITED STATES OF AMERICA,**

    Plaintiff,

vs.

**BENNY PALMERI BACCHI**,

    Defendant.
_____/

## DEFENDANT BENNY PALMERI BACCHI'S OBJECTIONS AND CLARIFICATIONS TO PRE-SENTENCE INVESTIGATION REPORT

  COMES NOW the Defendant, **BENNY PALMERI BACCHI**, by and through his undersigned attorney hereby files this his Objections and Clarifications to the Pre-Sentence Investigation Report and would state as follows:

### THE OFFENSE CONDUCT:

  1. At page 3, in the Identifying Data, Alias(es) section, the defendant would clarify that he has never used or been known with the alias "El Gordo".

### SPECIFIC OFFENSE CHARACTERISTICS:

  2. At page 13, paragraph 52, Mr. Palmeri would object to the Probation department's recommendation of a two-level enhancement

1

alleging that the Obstruction of Justice offense (Count Two), involved the fabrication of a substantial number of records and documents; and it was otherwise extensive in scope, planning, or preparation. The defendant is not aware of any documentation that was fabricated in order to file the fraudulent charges, since his participation was to attempt to get the prosecutor's office to file the fraudulent charges, which, although the prosecuting authorities did an alleged investigation, the charges were never officially, filed.

### THE DEFENDANT'S CRIMINAL HISTORY:

3.  At page 15, paragraph 83, the Defendant would object to being assessed one-point towards criminal history since the charges referred to in said paragraph were dismissed.

### OFFENDER CHARACTERISTICS:

4.  At page 20, paragraph 108, Mr. Palmeri would clarify that he is not in the joint savings account referred to in said paragraph. The account containing approximately $137,000.00 is owned by his brother, the brother's former wife (Karina Montelongo), and their deceased father (Simone Palmeri).

WHEREFORE, the defendant respectfully requests this Court sustain his objections and do not increment his sentence by the two-levels recommended by Probation and determine that his criminal history is zero.

Respectfully submitted,

**/S/ JUAN G. DIAZ, ESQ.**
**Attorney for Benny Palmeri Bacchi**
**Fla. Bar No. 368946**
**10 N.W. Le Jeune Road**
**Suite 610**
**Miami, Florida 33126**
**Tel. (305) 649-0001**
**Fax (305) 444-3211**
**Email: juangy@bellsouth.net**

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing document was electronically filed with the Clerk of the Court using CM/ECF and emailed to Sara M. Garcia, U.S. Probation Officer, at Sara_Garcia@flsp.uscourts.gov, this **16**[th] of **January** 2015.

**/S/ JUAN G. DIAZ, ESQ.**